No. 00–1715.  PATEL v. HESTON, DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–1716.  NEVARES v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–1718.  KANSAS CITY SOUTHERN RAILWAY CO., INC. v. JOHNSON ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 00–1719.  VASQUEZ v. ASHCROFT, ATTORNEY GENERAL, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 00–1720.  PENNSYLVANIA ASSOCIATION OF EDWARDS HEIRS v. RIGHTENOUR ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–1724.  JIE HU ET AL. v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 00–1726.  TUCKER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 00–1727.  WALKER v. TEXAS.  Ct. App. Tex., 8th Dist. Certiorari denied.

No. 00–1728.  BROWN ET AL. v. CITY OF ONEONTA ET AL. C. A. 2d Cir.  Certiorari denied.

No. 00–1729.  BOGREN v. MINNESOTA ET AL.  C. A. 8th Cir. Certiorari denied.

No. 00–1732.  CONTRERAS v. LOCAL 46, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 00–1735.  SAKTHIVEIL v. OSBORN.  Ct. App. Ariz.  Certiorari denied.

No. 00–1738.  KING v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.